**Appeal Dismissed and Memorandum Opinion filed August 4, 2022.**



In The

# Fourteenth Court of Appeals

---

## NO. 14-22-00427-CV

---

### BILLY JUSTUS LINNENBURGER, Appellant

### V.

### LOU ANN MARTIN; LA PORTE MAIN PROPERTIES, INC.; and PAUL U. LEE-LA PORTE FUNERAL HOME, INC., Appellees

---

**On Appeal from the 234th District Court**
**Harris County, Texas**
**Trial Court Cause No. 1994-31314**

---

## MEMORANDUM OPINION

This is an attempted appeal from a judgment signed December 5, 1995. Appellant's notice of appeal was filed May 19, 2022.

Appellant's notice of appeal was not filed timely. *See* Tex. R. App. P. 26.1. On June 30, 2022, notification was transmitted to all parties that the appeal was subject to dismissal without further notice for want of jurisdiction. *See* Tex. R.

App. P. 42.3(a). Appellant's response fails to demonstrate that this court has jurisdiction over the appeal.

We dismiss the appeal for want of jurisdiction.


PER CURIAM


Panel consists of Justices Spain, Zimmerer, and Poissant.